# UNITED STATES DISTRICT COURT
## for the
### Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ryan C. DRISCOLL | ) | Case No. 2:25-mj-439 |
| 2979 Grasmere Avenue | ) | |
| Columbus, OH 43224 | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of June 2025-July 2025 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252 and 2252A | Possession, Distribution, and/or Receipt of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference.

☒ Continued on the attached sheet.

ANNA S EDGAR
Digitally signed by ANNA S EDGAR
Date: 2025.07.29 08:01:58 -04'00'

*Complainant's signature*

HSI SA Anna Edgar

*Printed name and title*

Sworn to before me and signed in my presence.

Via FaceTime

Date: July 29, 2025

City and state: Columbus, Ohio

Elizabeth A. Preston Deavers
United States Magistrate Judge